**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| P.D. PRICER, INC. | § | Case No. 11-70557-M-7 |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2011. The undersigned trustee was appointed on 09/02/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $9,758.24

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $2,267.75 |
| Bank service fees | $115.57 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $7,374.92 |

The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/28/2012 and the deadline for filing government claims was 03/03/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,725.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,725.82, for a total compensation of $1,725.82[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $285.22, for total expenses of $285.22.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2012 submitted to UST        By:  /s/ Lisa Nichols
      09/25/2012 filed with court              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 11-70557-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | P.D. PRICER, INC. | Date Filed (f) or Converted (c): | 09/02/2011 (f) |
| For the Period Ending: | 7/24/2012 | §341(a) Meeting Date: | 09/27/2011 |
| | | Claims Bar Date: | 03/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Whole Life Ins. Policy Number UL0768116, Face Value, $100,000.00 - Cash Value $$30,470.00 | $30,470.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** pledged to Frost Bank. No equity. | | | | | |
| 2  Term Life Insurance Policy Number 6792947, Face Value $100,000.00 - No Cash Value | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** pledged to Frost Bank. No equity. | | | | | |
| 3  Term Life Insurance Policy Numbe C6725070, Face Value $100,000.00 - No Cash Value | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** pledged to Frost Bank. No equity. | | | | | |
| 4  D. Wilson Construction Co. 1209 E. Pecan Blvd. McAllen, Texas 78501 $98,919.63 Texas Descon, LP 5801 N. 10th Street, Ste. 600 McAllen, Texas 78504 $298,569.53 Williamson Construction Co. P O Box 4352 McAllen, TExas 78504 $1,480,861.63 | $1,878,350.70 | $855,813.42 | DA | $0.00 | FA |
| **Asset Notes:** Debtor's business closed in August 2010.  All A/R accrued prior to that date.  Frost Bank took possession of accounts pre-petition & attempted collection. Frost filed POC > $592K.  The largest A/R accounts (Descon & Williamson) filed POCs in case asserting breach of contract damages against debtor in the aggregate of $429,541.38.  The 2 largest A/R derive from general contractors that terminated debtor's contracts for poor performance. A/Rs have no value to the estate. | | | | | |
| 5  Court Ordered Restitution from Elvira M. Valdez for embezzling from from P.D. Pricer, Inc. See attached EXHIBIT A, it is the most recent iDocket report dated 8/23/2011 and see attached EXHIBIT B it is a letter dated 7/18/2011 from Moore Lyles & McCarty LLP to the IRS regarding the embezzling. | $101,401.72 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Value added in Am Sch B filed 9/26/2011 #13. Per adult probation dept, the debtor is not the victim. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 11-70557-M-7 | Trustee Name: | Lisa Nichols |
| Case Name: | P.D. PRICER, INC. | Date Filed (f) or Converted (c): | 09/02/2011 (f) |
| For the Period Ending: | 7/24/2012 | §341(a) Meeting Date: | 09/27/2011 |
| | | Claims Bar Date: | 03/28/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | Possible Texas Deceptive Trade Practice Act (DTPA) and Racketeer Influenced and Corrupt Organizations Act (RICO) claim against Consolidated Electrical Distributors, Inc. *See attached EXHIBIT C, it is letter dated 7/26/2010 from Attorney Charles W. Hury and EXHIBIT D, it is letter dated 1/11/2011 from Attorney Carlos Quintana regarding debtor's attempt to seek damages through litigation* | Unknown | $0.00 | DA | $0.00 | FA |
| Asset Notes: | counsel that debtor asked to review the matter sent an initial letter to target & subsequently declined to file suit. dispute involved the difference in prices of supplies quoted at time bid submitted by debtor to general contractor & the prices charged when debtor obtained goods from vendor. | | | | | |
| 7 | *Incidental equipment missing (lost, misplaced and/or scrapped) Location unknown 2008 Big Tex 12ET Trailer $769.92 Misc. Loose Tools $89.28 | $859.20 | $859.20 | DA | $0.00 | FA |
| 8 | Proceeds from sale of equipment and corparate tax refunds held in trust account of Law Office of Joseph James Wolf Corporate tax refunds: 5/12/11: Texas Workforce Commission refund $451.79 8/5/11: IRS form 940 refund $665.35 Proceeds from sale of equipment: Refer to #10 on Statement of Financial Affairs | $9,758.24 | $9,758.24 | | $9,758.24 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

| | $2,020,839.86 | $866,430.86 | | $9,758.24 | $0.00 |

---

**Major Activities affecting case closing:**

| 12/29/2011 | requested POC bar date. deadline = 3/28/2012 |
| 01/16/2012 | requested status of restitution payments from adult probation dept |
| 03/31/2012 | requested certified claims register |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3     Exhibit A

| Case No.: | 11-70557-M-7 | Trustee Name: | Lisa Nichols |
| Case Name: | P.D. PRICER, INC. | Date Filed (f) or Converted (c): | 09/02/2011 (f) |
| For the Period Ending: | 7/24/2012 | §341(a) Meeting Date: | 09/27/2011 |
| | | Claims Bar Date: | 03/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 05/01/2012 | follow up with Hidalgo Co adult probation dept. The defendant has not made any restitution payments. Proabation officer (Leticia Garcia) pulled the restitution order (not authorized to release a copy to me) & stated that the victim to receive restitution is Patrick Pricer individually & not the corporation P D Pricer, Inc. As a result, the restitution claim has no value to the estate. |
| 05/01/2012 | emailed data to proposed CPA |
| 05/02/2012 | CPA application to employ filed |
| 05/31/2012 | CPA fee app filed |
| 06/04/2012 | appeared at status hearing & submitted report to court |
| 06/25/2012 | CPA fee app approved; funds disbursed |
| 06/26/2012 | claims review; emailed counsel for Williamson Construction POC 3 to request supporting documentation |

Initial Projected Date Of Final Report (TFR):   10/31/2012        Current Projected Date Of Final Report (TFR):

/s/ LISA NICHOLS
LISA NICHOLS

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-70557-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | P.D. PRICER, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******7149 | Checking Acct #: | ******0557 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/2/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/24/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | (8) | JOSEPH J WOLF ATTORNEY AT LAW IOLTA ACCOUNT | PRE-PETITION EQUIPMENT SALES PROCEEDS | 1129-000 | $9,758.24 | | $9,758.24 |
| 11/16/2011 | 5001 | George Adams and Company | Bond Payment policy #61BSBGC8158 | 2300-000 | | $8.70 | $9,749.54 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.12 | $9,741.42 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.71 | $9,725.71 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.69 | $9,710.02 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.65 | $9,695.37 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.64 | $9,679.73 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.11 | $9,664.62 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.59 | $9,649.03 |
| 06/25/2012 | 5002 | WILLIAM G WEST, PC, CPA | 06/25/2012 28 CPA FEE APP | * | | $2,259.05 | $7,389.98 |
| | | | Bill West, CPA $(2,189.50) | 3410-000 | | | $7,389.98 |
| | | | Bill West, CPA $(69.55) | 3420-000 | | | $7,389.98 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.06 | $7,374.92 |

SUBTOTALS   $9,758.24   $2,383.32

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-70557-M-7 | | Trustee Name: | Lisa Nichols |
|---|---|---|---|---|
| Case Name: | P.D. PRICER, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******7149 | | Checking Acct #: | ******0557 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/2/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/24/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $9,758.24 | $2,383.32 | $7,374.92 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,758.24 | $2,383.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,758.24 | $2,383.32 | |

**For the period of 9/2/2011 to 7/24/2012**

| | |
|---|---|
| Total Compensable Receipts: | $9,758.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,758.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,383.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,383.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 7/24/2012**

| | |
|---|---|
| Total Compensable Receipts: | $9,758.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,758.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,383.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,383.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 11-70557-M-7 |
| Case Name: | P.D. PRICER, INC. |
| Primary Taxpayer ID #: | ******7149 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/2/2011 |
| For Period Ending: | 7/24/2012 |

| | |
|---|---|
| Trustee Name: | Lisa Nichols |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0557 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,758.24 | $2,383.32 | $7,374.92 |

| For the period of 9/2/2011 to 7/24/2012 | | For the entire history of the case between 09/02/2011 to 7/24/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,758.24 | Total Compensable Receipts: | $9,758.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,758.24 | Total Comp/Non Comp Receipts: | $9,758.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,383.32 | Total Compensable Disbursements: | $2,383.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,383.32 | Total Comp/Non Comp Disbursements: | $2,383.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

 CM/ECF   ?

- Query
- Reports
- Utilities
- Logout

# Southern District of Texas
# Claims Register

### 11-70557 P.D. Pricer, Inc.

**Judge:** Richard S. Schmidt   **Chapter:** 7
**Office:** McAllen   **Last Date to file claims:** 03/28/2012
**Trustee:** Lisa J Nichols   **Last Date to file (Govt):**

| *Creditor:* (7638537)<br>Frost National Bank<br>Attn: David Spadafora, RB7<br>P.O. Box 1600<br>San Antonio, Texas 78296 | **Claim No: 1**<br>*Original Filed Date*: 09/12/2011<br>*Original Entered Date*: 09/12/2011 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Rudy Salinas, Jr<br>*Modified:* |
|---|---|---|

Amount claimed: $592995.90
Secured claimed: $0.00
Unsecured claimed: $592995.90

*History:*
  Details  1-1  09/12/2011  Claim #1 filed by Frost National Bank, Amount claimed: $592995.90 (Salinas, Rudy )

*Description:*
*Remarks:* (1-1) Secured value is $0.00

| *Creditor:* (7650590)<br>Liberty Mutual Insurance Company<br>Customer Acctg Serv<br>PO Box 1525<br>Dover NH 03820-1525 | **Claim No: 2**<br>*Original Filed Date*: 09/22/2011<br>*Original Entered Date*: 09/23/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gracie Chavez gcha<br>*Modified:* |
|---|---|---|

Amount claimed: $11059.00
Unsecured claimed: $11059.00

*History:*
  Details  2-1  09/22/2011  Claim #2 filed by Liberty Mutual Insurance Company, Amount claimed: $11059.00 (gcha)

*Description:* (2-1) Commercial Insurance Program
*Remarks:*

| *Creditor:* (7627335)<br>Joe Williamson Construction Company<br>300 West Expressway 83<br>Pharr, Texas 78577 | **Claim No: 3**<br>*Original Filed Date*: 09/26/2011<br>*Original Entered Date*: 09/26/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rudy Salinas, Jr<br>*Modified:* |
|---|---|---|

Amount   claimed: $119301.70

Unsecured claimed: $119301.70

*History:*

Details   3-1  09/26/2011 Claim #3 filed by Joe Williamson Construction Company, Amount claimed: $119301.70 (Salinas, Rudy )

*Description:*

*Remarks:*

*Creditor:*   (7627362)  
Texas Descon, L.P.  
P O Box 3547  
McAllen, Texas 78502

**Claim No: 4**  
*Original Filed Date*: 10/17/2011  
*Original Entered Date*: 10/17/2011

*Status:*  
*Filed by:* CR  
*Entered by:* Misty A Segura  
*Modified:*

Amount   claimed: $310239.68

Unsecured claimed: $310239.68

*History:*

Details   4-1  10/17/2011 Claim #4 filed by Texas Descon, L.P., Amount claimed: $310239.68 (Segura, Misty )

*Description:* (4-1) breach of contract

*Remarks:*

*Creditor:*   (7801413)  
O'Reilly Automotive, Inc.  
Hutchison, Perry and Associates  
4570 N First Ave, Ste 120  
Tuscon, AZ 85718

**Claim No: 5**  
*Original Filed Date*: 01/09/2012  
*Original Entered Date*: 01/10/2012

*Status:*  
*Filed by:* CR  
*Entered by:* Brian Garcia brga  
*Modified:*

Amount claimed: $1091.06

*History:*

Details   5-1  01/09/2012 Claim #5 filed by O'Reilly Automotive, Inc., Amount claimed: $1091.06 (brga)

*Description:* (5-1) Goods Sold

*Remarks:*

*Creditor:*   (7815408)  
Mr. Cary M Toland  
Law Office of Cary M Toland PC  
855 East Harrison Street  
Brownsville, TX 78520

**Claim No: 6**  
*Original Filed Date*: 01/23/2012  
*Original Entered Date*: 01/23/2012

*Status:*  
*Filed by:* CR  
*Entered by:* lzepeda  
*Modified:*

Amount claimed: $964.12

*History:*

Details   6-1  01/23/2012 Claim #6 filed by Mr. Cary M Toland, Amount claimed: $964.12 (lzepeda)

*Description:* (6-1) Sworn account for goods received from Creditor

*Remarks:*

*Creditor:*   (7820163)  
American Express Bank, FSB

**Claim No: 7**  
*Original Filed*

*Status:*  
*Filed by:* CR

| | | |
|---|---|---|
| c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | *Date*: 01/27/2012<br>*Original Entered*<br>*Date*: 01/27/2012 | *Entered by:* Thomas A Lee, III<br>*Modified:* |

Amount claimed: $56205.30

*History:*

 Details   7-1  01/27/2012  Claim #7 filed by American Express Bank, FSB, Amount claimed: $56205.30 (Lee, Thomas )

*Description:* (7-1) CREDIT CARD DEBT

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7627341)   History<br>Lighting Protection Systems LLC<br>dba VFC<br>c/o Robet M Lovein PC<br>109 River Oaks Dr Ste 100<br>Southlake TX 76092 | **Claim No: 8**<br>*Original Filed*<br>*Date*: 02/28/2012<br>*Original Entered*<br>*Date*: 02/28/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gracie Chavez gcha<br>*Modified:* |

Amount claimed: $5689.48

*History:*

 Details   8-1  02/28/2012  Claim #8 filed by Lighting Protection Systems LLC, Amount claimed: $5689.48 (gcha)

*Description:* (8-1) Materials Sold/Services Provided

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7627313)<br>All American Security LLC<br>1016 S. Closner<br>Edinburg, Texas 78539 | **Claim No: 9**<br>*Original Filed*<br>*Date*: 03/14/2012<br>*Original Entered*<br>*Date*: 03/14/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ricardo Gonzalez<br>*Modified:* |

Amount claimed: $22587.74

*History:*

 Details   9-1  03/14/2012  Claim #9 filed by All American Security LLC, Amount claimed: $22587.74 (Gonzalez, Ricardo )

*Description:* (9-1) Work Performed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7627322)<br>Consolidated Electrical Distributors,Inc<br>d/b/a Valmac Electrical Supply<br>P O Box 461667<br>San Antonio, Texas 78599 | **Claim No: 10**<br>*Original Filed*<br>*Date*: 03/22/2012<br>*Original Entered*<br>*Date*: 03/22/2012 | *Status:*<br>*Filed by:* AT<br>*Entered by:* James S Wilkins<br>*Modified:* |

Amount claimed: $26962.38

*History:*

 Details   10-1  03/22/2012  Claim #10 filed by Consolidated Electrical Distributors,Inc, Amount claimed: $26962.38 (Wilkins, James )

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** P.D. Pricer, Inc.
**Case Number:** 11-70557
**Chapter:** 7
**Date Filed:** 09/02/2011
**Total Number Of Claims:** 10

| Total Amount Claimed* | $1147096.36 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/07/2012 20:06:25 | | | |
| **PACER Login:** | ln0047 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 11-70557 Filed or Entered From: 09/02/2011 Filed or Entered To: 04/07/2012 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-70557-M-7 | | | | | | Trustee Name: | | Lisa Nichols |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | P.D. PRICER, INC. | | | | | | Date: | | 7/24/2012 |
| Claims Bar Date: | 03/28/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LISA NICHOLS<br><br>400 SPID #102<br>Corpus Christi TX 78405 | 07/23/2012 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $285.22 | $285.22 | $0.00 | $0.00 | $0.00 | $285.22 |
| **Claim Notes:** | TRUSTEE EXPENSES | | | | | | | | | | | |
| | LISA NICHOLS<br><br>400 SPID #102<br>Corpus Christi TX 78405 | 07/23/2012 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,725.82 | $1,725.82 | $0.00 | $0.00 | $0.00 | $1,725.82 |
| **Claim Notes:** | STATUTORY TRUSTEE FEE | | | | | | | | | | | |
| 1 | FROST NATIONAL BANK<br>Attn: David Spadafora, RB7<br>P.O. Box 1600<br>Tex as 78296 | 09/12/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $592,995.90 | $592,995.90 | $0.00 | $0.00 | $0.00 | $592,995.90 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 2 | LIBERTY MUTUAL INSURANCE COMPANY<br>Customer Acctg Serv<br>PO Box 1525<br>Dover NH 038201525 | 09/22/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $11,059.00 | $11,059.00 | $0.00 | $0.00 | $0.00 | $11,059.00 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 3 | JOE WILLIAMSON CONSTRUCTION COMPANY<br>300 West Expressway 83<br>Tex as 78577 | 09/26/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $119,301.70 | $119,301.70 | $0.00 | $0.00 | $0.00 | $119,301.70 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No. | 11-70557-M-7 | | | | | | Trustee Name: | | Lisa Nichols | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | P.D. PRICER, INC. | | | | | | Date: | | 7/24/2012 | | |
| Claims Bar Date: | 03/28/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | TEXAS DESCON, L.P.<br>P O Box 3547<br>Tex as 78502 | 10/17/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $310,239.68 | $310,239.68 | $0.00 | $0.00 | $0.00 | $310,239.68 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 5 | O'REILLY AUTOMOTIVE, INC.<br>Hutchison, Perry and Associates<br>4570 N First Ave, Ste 120<br>Tuscon AZ 85718 | 01/09/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,091.06 | $1,091.06 | $0.00 | $0.00 | $0.00 | $1,091.06 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 6 | MR. CARY M TOLAND<br>Law Office of Cary M Toland PC<br>855 East Harrison Street<br>Brownsville TX 78520 | 01/23/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $964.12 | $964.12 | $0.00 | $0.00 | $0.00 | $964.12 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 7 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 01/27/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $56,205.30 | $56,205.30 | $0.00 | $0.00 | $0.00 | $56,205.30 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 8 | LIGHTING PROTECTION SYSTEMS LLC<br>dba VFC<br>c/o Robet M Lovein PC<br>109 River Oaks Dr Ste 100<br>Southlake TX 76092 | 02/28/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,689.48 | $5,689.48 | $0.00 | $0.00 | $0.00 | $5,689.48 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |
| 9 | ALL AMERICAN SECURITY LLC<br>1016 S. Closner<br>Tex as 78539 | 03/14/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $22,587.74 | $22,587.74 | $0.00 | $0.00 | $0.00 | $22,587.74 |
| **Claim Notes:** | UNSECURED | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No. | 11-70557-M-7 | | | | | Trustee Name: | Lisa Nichols |
| Case Name: | P.D. PRICER, INC. | | | | | Date: | 7/24/2012 |
| Claims Bar Date: | 03/28/2012 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CONSOLIDATED ELECTRICAL DISTRIBUTORS,INC d/b/a Valmac Electrical Supply P O Box 461667 Tex as 78599 | 03/22/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $26,962.38 | $26,962.38 | $0.00 | $0.00 | $0.00 | $26,962.38 |

**Claim Notes:** UNSECURED

| | | | | | | | $1,149,107.40 | $1,149,107.40 | $0.00 | $0.00 | $0.00 | $1,149,107.40 |

# CLAIM ANALYSIS REPORT

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-70557-M-7 | | **Trustee Name:** | Lisa Nichols |
| **Case Name:** | P.D. PRICER, INC. | | **Date:** | 7/24/2012 |
| **Claims Bar Date:** | 03/28/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $1,725.82 | $1,725.82 | $0.00 | $0.00 | $0.00 | $1,725.82 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $285.22 | $285.22 | $0.00 | $0.00 | $0.00 | $285.22 |
| UNSECURED | $1,147,096.36 | $1,147,096.36 | $0.00 | $0.00 | $0.00 | $1,147,096.36 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      11-70557-M-7
Case Name:     P.D. PRICER, INC.
Trustee Name:  Lisa Nichols

|                              |              |
|------------------------------|--------------|
| Balance on hand:             | $7,374.92    |

Claims of secured creditors will be paid as follows: NONE

|                                        |           |
|----------------------------------------|-----------|
| Total to be paid to secured creditors: | $0.00     |
| Remaining balance:                     | $7,374.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lisa Nichols, Trustee Fees | $1,725.82 | $0.00 | $1,725.82 |
| Lisa Nichols, Trustee Expenses | $285.22 | $0.00 | $285.22 |

|                                                              |           |
|--------------------------------------------------------------|-----------|
| Total to be paid for chapter 7 administrative expenses:      | $2,011.04 |
| Remaining balance:                                           | $5,363.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|                                                              |           |
|--------------------------------------------------------------|-----------|
| Total to be paid to prior chapter administrative expenses:   | $0.00     |
| Remaining balance:                                           | $5,363.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                        |           |
|----------------------------------------|-----------|
| Total to be paid to priority claims:   | $0.00     |
| Remaining balance:                     | $5,363.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,147,096.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Frost National Bank | $592,995.90 | $0.00 | $2,772.88 |
| 2 | Liberty Mutual Insurance Company | $11,059.00 | $0.00 | $51.71 |
| 3 | Joe Williamson Construction Company | $119,301.70 | $0.00 | $557.86 |
| 4 | Texas Descon, L.P. | $310,239.68 | $0.00 | $1,450.70 |
| 5 | O'Reilly Automotive, Inc. | $1,091.06 | $0.00 | $5.10 |
| 6 | Mr. Cary M Toland | $964.12 | $0.00 | $4.51 |
| 7 | American Express Bank, FSB | $56,205.30 | $0.00 | $262.82 |
| 8 | Lighting Protection Systems LLC | $5,689.48 | $0.00 | $26.60 |
| 9 | All American Security LLC | $22,587.74 | $0.00 | $105.62 |
| 10 | Consolidated Electrical Distributors,Inc | $26,962.38 | $0.00 | $126.08 |

Total to be paid to timely general unsecured claims: $5,363.88
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00