UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                   §
P.D. PRICER, INC.                        §         CASE NO. 11-70557-M-7
    DEBTOR                               §         CHAPTER 7

TRUSTEE'S STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, LISA NICHOLS, CHAPTER 7 TRUSTEE herein, and files this Status Report as follows:

Expected Closing Date: 12/31/2013

TFR was previously filed with the Court.  Prior to the distribution to creditors, the Trustee became aware that the IRS was attempting to collect taxes.  The Trustee did not distribute funds to creditors under TFR, pending the determination of the IRS claim. The debtor did not schedule the IRS as a creditor.  The Trustee notified the IRS of the pending bankruptcy.  The IRS subsequently filed a proof of claim in the case.

The Trustee has submitted an Amended TFR to the U. S. Trustee for review.  The U. S. Trustee has 60 days to review the Amended TFR and approve it for filing with Court. Creditors have 21 days to object to the Amended TFR.  Funds will be disbursed within 20 days after deadline to object passes without objection or 20 days after Order entered following hearing on TFR.  Funds that do not clear within 90 days following issuance of checks are deposited into registry of Court. TDR will submitted to US Trustee within 30 days after zero balance bank statement received.  Case is usually closed by Clerk 30 days after TDR filed with Court.

Respectfully submitted,

/s/ Lisa Nichols
Lisa Nichols, Trustee
400 SPID #102
Corpus Christi, TX 78405
(361) 299-6100 tel (361) 299-6101 fax
email: lnicholstrustee@aol.com